# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMG DEVELOPMENT, LLC,<br>     Plaintiff,<br><br>     v.<br><br>NATIONSTAR MORTGAGE, LLC,<br>     Defendant. | CV 19-1996 DSF (PLAx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

    Plaintiff filed a complaint in this Court on the basis of diversity jurisdiction. However, the citizenships of both of the parties are not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Plaintiff is ordered to file an amended complaint, with a redlined version sent to the chambers e-mail inbox, no later than April 16, 2019 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

    IT IS SO ORDERED.

Date: April 2, 2019

                                                  Dale S. Fischer<br>                                                  United States District Judge